UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00221-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. WILLIAM THORNBURG,

 Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the trial, it is

ORDERED that all pretrial motions shall be filed by **Thursday, July 9, 2009,** and responses to these motions shall be filed by **Monday, July 20, 2009.** It is

FURTHER ORDERED that a 5-day jury trial is set to commence **Monday, August 3, 2009, at 9:00 a.m. in courtroom A-1002.** It is

FURTHER ORDERED that the parties shall contact the Court to set a hearing on pending motions and/or final trial preparation conference if necessary.

Dated this 3rd day of June, 2009.

         BY THE COURT:

         s/ Wiley Y. Daniel
         Wiley Y. Daniel
         Chief United States District Judge